IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEFFREY HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 22-CV-310-RAW-GLJ |
| ) | |
| **LEFLORE COUNTY DETENTION** ) | |
| **CENTER PUBLIC TRUST,** *et.al.,* ) | |
| ) | |
| **Defendants,** ) | |
| ) | |

## ORDER

Before the court is Plaintiff's Motion to Serve Defendant Out of Time [Docket No. 36] and Magistrate Judge Jackson's Report and Recommendation finding that Plaintiff's Motion should be granted [Docket No. 39].

Pursuant to 28 U.S.C § 636(b) and Fed. R. Civ. P. 72 the court referred this case to Magistrate Judge Jackson for all pretrial and discovery matters, including dispositive motions. In accordance with that referral, Judge Jackson has issued his Report and Recommendation [Docket No. 39] regarding the captioned motion and recommends that Plaintiff's Motion should be granted with the stipulation that the Plaintiff will have a fourteen-day extension of time from the date of this order to serve Defendant Tammy Taylor. No objection to the report and recommendation has been filed and the time to file objections has passed.

Upon consideration of the record and the issues herein, the court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal

authority. Accordingly, it is the order of this court that the Magistrate Judge's Report and Recommendation [Docket No. 39] is hereby affirmed and adopted and the Plaintiff's Motion to Serve the Defendant Out of Time [36] is GRANTED with the stipulation that Plaintiff must serve Defendant Tammy Taylor within fourteen days of the date of this order.

IT IS SO ORDERED this 15th day of June, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA